**Order entered March 8, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01653-CV

**THE CITY OF PLANO, Appellant**

**V.**

**THE POE LIVING TRUST, Appellee**

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-04259-2011**

## ORDER

The Court has before it appellee's March 4, 2013 unopposed motion to extend time to file appellee's brief. The Court **GRANTS** the motion and **ORDERS** appellee to file its brief by March 19, 2013.

/s/     DAVID LEWIS
           JUSTICE